# UNITED STATES DISTRICT COURT

FOR THE _____ District of __MASSACHUSETTS__

INTAC INTERNATIONAL

V.

ACORP/D/B/A ROOTERMAN
DONALD MACDONALD

FILED
CLERKS OFFICE

2004 FEB -6  P 12: 20

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 - 10040 REK

TO: (Name and address of Defendant)

DONALD MACDONALD, President ACORP 268 Rangeway Road
Billercia, MA   01862

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Emanuel D. Torti, TORTI FLANAGAN, P.C.
146 Main Street, Norfolk, MA   02056

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JAN -8 2004