AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of __MASSACHUSETTS__

INTAC INTERNATIONAL

V.

ACORP D/B/A ROOTERMAN
DONALD MACDONALD

**SUMMONS IN A CIVIL ACTION**

**04 · 10040 REK**

CASE NUMBER:

TO: (Name and address of Defendant)

DONALD A. MACDONALD, 268 Rangeway Road
Billercia, MA   01862

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Emanuel D. Torti, TORTI FLANAGAN, P.C.
146 Main Street, Norfolk, MA 02056

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____                             JAN - 6 2004
(By) DEPUTY CLERK                                      DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1·21·04 at 4:30 p.m. |
| NAME OF SERVER (PRINT) Maria Pina | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Roberta Forbes, Legal Clerk

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1·21·04
           Date              Signature of Server

87 Glen Street Stoughton MA 02072
Address of Server

[Notary seal: MARIA BARROS, MY COMMISSION EXPIRES MAY 21 2010, COMMONWEALTH OF MASSACHUSETTS, NOTARY PUBLIC]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.