FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 FEB 11  A 11: 43

DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.
04-10040-REK

---

INTAC INTERNATIONAL, INC., )
                  Plaintiff )
  )
v. )
  )
A CORP d/b/a ROOTERMAN and )
DONALD MACDONALD, )
              Defendants )
  )

---

## NOTICE OF APPEARANCE

I appear for the Defendants A Corp d/b/a Rooterman and Donald MacDonald. in the above-captioned matter.

By its attorney,

*[signature]*

William H. McCarter, Jr., Esq.
B.B.O.# 327620
P.O. Box 1044
Winchester, MA  01890
(781) 729-3892

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on this 10th day of February, 2004.

*[signature]*

William H. McCarter, Jr., Esq.