UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040-REK

INTAC INTERNATIONAL, INC. )
       Plaintiff )
)
v. )
)
A CORP d/b/a ROOTERMAN and )
DONALD MACDONALD, )
       Defendants )
)

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME PERIOD FOR DEFENDANTS' RESPONSIVE PLEADING

Now come the Defendants, A Corp d/b/a Rooterman and Donald MacDonald, in the above-entitled action who hereby move this Honorable Court to grant an enlargement of the time period prescribed for the Defendants' responsive pleading to Monday, March 22, 2004, for the reasons outlined in the supporting Affidavit of Defendant Donald F. MacDonald.

Motion Assented To:

INTAC INTERNATIONAL, INC.

By its attorney,

*Emanuel D. Torti*

Emanuel D. Torti
BBO #: 546619
Torti Flanagan, P.C.
146 Main Street
Norfolk, MA 02056
(508) 541-4100

A CORP d/b/a ROOTERMAN
DONALD MACDONALD

By its attorney,

*William H. McCarter, Jr.*

William H. McCarter, Jr.
BBO #: 327620
P.O. Box 1044
Winchester, MA 01890
(781) 729-3892