

**Exclusive Franchise Systems**

LEGAL DEPARTMENT

William H. McCarter, Jr., Esq.
General Counsel

March 22, 2004

Via Fax and Mail
Emanuel D. Torti, Esq.
Torti Flanagan
Sixty State Street
Suite 700
Boston, Massachusetts 02109

RE:   **Massachusetts Consumer Protection Act / Settlement Offer**

   <u>**INTAC International, Inc. vs. A Corp., et al**</u>.

Dear Mr. Torti:

   Although the Defendants deny any liabilities under M. G. L. c. 93A, they would like to offer INTAC a settlement under M. G. L. c. 93A § 11. The Defendant A Corp and Donald MacDonald, President and CEO of A Corp would like to offer that they will not copy, publish, sell, recommend, market, or otherwise dispose of any copies of Wintac software.

   I think that we still be able to resolve this matter in an amicable fashion and please do not hesitate to contact me at (978) 667-1144 [Fax # (978) 663-0061] if you have any further question.

Very truly yours,

William H. McCarter, Jr.
General Counsel