UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040 REK

| | |
|---|---|
| INTAC INTERNATIONAL, INC., | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| A CORP d/b/a ROOTERMAN and | ) |
| DONALD MACDONALD, | ) |
| Defendants | ) |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT A CORP d/b/a/ ROOTERMAN**

Under *Fed. R. Civ. P. 7.1*, Defendant A Corp hereby states that it is a nongovernmental corporation that has no parent corporation or any publicly held company that owns 10% or more of its stock.

Respectfully submitted,
A Corp
By its Attorney

William H. McCarter, Jr., Esq.
B.B.O. # 327620
P.O. Box 1044
Winchester, MA  01890
(781) 729-3892

Dated: April 2, 2004

## CERTIFICATE OF SERVICE

      I certify that a true copy of the above document was served by mail upon the attorney of record for Plaintiff on the date set forth below.

Date:   April 3, 2004

_____
William H. McCarter, Jr.