UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 2003-CV-

INTAC INTERNATIONAL, INC.,
Plaintiff

v.

ACORP D/B/A ROOTERMAN,
DONALD MACDONALD,
Defendants.

---

## AFFIDAVIT OF DANIEL J. RESTIVO

---

1. My name is Daniel J. Restivo. I am the President of INTAC INTERNATIONAL, INC. (hereinafter "INTAC") the Plaintiff in the above captioned matter.

2. On September 18, 1998, Donald MacDonald called INTAC and spoke with me regarding our WINTAC™ software. I explained the difference between the single-user version and multi-user network version of the software. I also explained our technical support policies.

3. On September 18, 1998, Donald MacDonald placed an order for Wintac™ Single-User License "to install and use WINTAC™ on each office computer operated by the company named below at one and only one physical location." The order was placed by Donald MacDonald. He listed the Company name for the single user license as A-Corp. He paid by credit card and signed it as "Rooter-Man Corp Donald MacDonald."

4. On April 8, 1999, Donald MacDonald called INTAC and spoke with me regarding our WINTAC™ software. I explained which alphanumeric paging software was compatible with WINTAC™

5. On or about April 9, 1999, Donald MacDonald placed an order to upgrade to WINTAC™ 2.1 for the Single-User License. He paid by credit card and signed it Donald MacDonald and added the name "Rooter-Man" to the method of payment section of the form.

6. On May 27, 1999, Donald MacDonald placed an order to upgrade to the Network Edition of WINTAC™ with a license to "install and use WINTAC™ on each office computer operated by the company named below at one and only one physical location." He signed the order form and listed A-Corp. as the company name. He listed his payment method as by check. INTAC received a check for the Network Edition from Donald MacDonald. The check was from a company called Sewer-Man, Inc., P.O. Box 290, No. Billerica, MA 01862 and signed by Donald MacDonald.

7. On May 16, 2000, INTAC received a WINTAC™ 2001 Upgrade Order Form by fax from Donald MacDonald. The fax had a header indicating that the order originated from "Rooterman" having a fax number of 9786630061. He paid by credit card and signed it Donald MacDonald and added the name "Rooter-Man" to the method of payment section of the form. He rated WINTAC™ as "Excellent" on the order form.

8. On November 20, 2001, INTAC received a WINTAC™ Pro 2002 Upgrade Order Form from A-Corp. The contact listed was "Gene." Payment was made by credit card issued to Sewer-Man and signed by Phyllis MacDonald.

9. On September 30, 2003, I received a letter from Donald MacDonald. It states the following: "Thank you for your kind letter and offer to upgrade of Sept 9, 2003. Please extend this offer until we can discuss marketing possibilities between our companies. I look forward to discussing your offer. I also have enclosed our Rooter-Man Marketing Program Manual. I will be calling you shortly to discuss it and answer any questions you may have."

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5TH DAY OF April, 2004.

Daniel J. Restivo

6941

# WINTAC™

$1079.75
ac: 164096
AV=44

## Order/Registration form

| Please select the edition of WINTAC you are purchasing: | | |
|---|---|---|
| WINTAC ***Standard*** | ___ Single-user @ $995 | ___ Multi-user network @ $2,495 |
| WINTAC ***Lite*** | ___ Single-user @ $495 | ___ Multi-user network @ $995 |

Add $35* Delivery for any edition of WINTAC.

MA residents add 5% sales tax. *WINTAC is shipped Airborne Express Next Business Day Delivery to most areas of the USA. Delivery to remote areas or areas outside the continental USA may take longer.

PLEASE READ CAREFULLY:

I understand that, as a registered owner of any edition of WINTAC:

- I am licensed to install and use WINTAC on each office computer operated by the company named below at one and only one physical location.
- I am entitled to free telephone and faxback support directly from Intac International, Inc. I understand that a minimum purchase of one WINTAC upgrade per year is required to continue receiving this free support.

I also understand that, as the WINTAC Setup disk(s) are not copy-protected and I am able and licensed to install them on multiple computers as outlined above, there is no trial period and no returns of the product are accepted.

Authorized signature Donald Mac Donald Date 9/18/98

Company Name A-Corp

Contact Donald Mac Donald

Street 268 Rangeway Rd (No PO Box numbers please)

City No. Billerica State Mass Zip 01862

Phone 978 667 1144 Fax 978 663-0061

TOTAL $ [illegible] 8 1080 PAYMENT METHOD:

___Check/Money Order (payable to *Intac International*) ___Mastercard ___Visa X AMEX

Cardholder name Rooter-Man Corp Donald MacDonald

Signature Donald Mac Donald

Card # 3782 687478 53007 Exp.Date 11/98

**Mail to:**
**Intac International, Inc.**
**P.O. Box 446**
**Burlington, MA 01803-0746**

**or FAX charges to:**
**1-781-938-8066**

Apr-08-99 10:21A ... 1 508 6630061 P.01

1441
68
1862

AC: 852324 YY

## WINTAC™ 2.1 is here and packed with new features*!

- √ New look! Graphical, colorful, top-row icons replace the plain text buttons
- √ Fully tested for compatibility with Windows® 98, as well as Windows® 95 and Windows® NT
- √ Faster system performance. WINTAC has been optimized ... speed increases of up to ...% throughout several key areas of the program
- √ New OUTLOOK button shows the outlook for the day at a glance. Instantly see how many jobs and contracts service calls are scheduled. See how many service contracts and equipment warranties have expired
- √ New Reminders To-Do file with automatic rescheduling capability for important dates and appointments
- √ New Flat Rate Tasks report allows you to print your own three-column flat rate books based on Task Groups you create
- √ New feature to locate any information embedded in your data ... even in customer NoteBooks! Even counts the number of occurrences of any data
- √ En... d equipment maintenance tracking links replacement parts listed in an item's extended description to the customer's equipment entry.
- √ Invoice Date now automatically updates to the current date when converting from proposals or work orders
- √ New built-in pricing links to Tra-Ser Pro, EPIC, Harrison Publishing, Allpriser, Callahan/Roach CAP, Collier Flat Rate Plus, Main Flat Rate, CDS Database. Additional built-in accounting link to M.Y.O.B. Accounting
- √ New COPY button to copy customers to the job site file and job sites to the customer file
- √ Built-in link to AlphaPage® and NexNote Plus® software for automatic paging of work order information from WINTAC to technicians' alphanumeric pagers or NexTel® phones
- √ The built-in Letter Writer now automatically links to the MS Word 97 spell checker ... directly from WINTAC
- √ An additional sales tax box to apply a secondary tax to individual items on invoices, proposals, and Tasks
- √ Enhanced password security allows you to hide customer balances and job costing data. New view-only mode can allow users to view data without making any changes
- √ Enhanced data protection feature to avoid accidental deletion of customer records with any accumulated financial or work history information. Also, enhanced Housekeeping protects against potential data problems.
- √ New fixed font selection for Form-Letters and WIP Work Descriptions. This is extremely useful if you need to create tables or lists where columns must line up evenly (WYSIWYG)
- √ New work order status option for tagging work orders to not appear on the dispatch board or job schedule.
- √ New Items Compiler option for printing invoices and proposals can combine like items into a single line item. This is very useful when entering parts and labor over a period of time for extended ...
- √ New print option for invoices, proposals, and work orders allows you to suppress header information from appearing on subsequent pages. Great for adding additional space to WIPs
- √ Enhanced job site browse screen shows address fields in addition to name for easy identification
- √ A Date & Time stamp button has been added to the WIP Work Description window
- √ Customers with overdue invoices now show highlighted balance for easy reference
- √ New accounting link options allow you to specify any account ID to post invoices to. You can also select to send account totals only rather than all transactions
- √ New graduated inventory price adjusting allows you to make percent changes based on a range of prices
- √ Enhanced statement printing: Now you can select on-the-fly whether or not to apply finance charges to statements. You can also specify your own title to appear in place of the standard "STATEMENT" ...
- √ Pop up list boxes for reference code, business, summary etc. now have a delete option
- √ Enhanced customer importing from databases (dbase, Access etc.) reads in ...

*The above features are new since WINTAC 1.5. If you own an older version of WINTAC, you will notice ...

375 / 2/09 / .05 / 20.45 / 4/09 / .45 / 429.45 / no tax on mailing

# Single User WINTAC™ 2.1

## Upgrade Order Form

– Special pricing for registered WINTAC owners only –

ACT NOW TO CONTINUE RECEIVING FREE SUPPORT!

$199 Single user version    $399 Network version

3 easy ways to order

- Complete and mail back this panel with check or money order for the total plus delivery (select ship option below) to Intac International, PO Box 446, Burlington, MA 01803
- Complete and fax back this panel to 1-781-272-7030 with card information (American Express, Mastercard or Visa)
- Call: 800-591-1999 ext 3 and have your credit card ready (American Express, Mastercard or Visa)

Select shipping option (required)

X $10 U.S. Priority Mail

___ $35 Airborne Express Next Business Day Delivery

YES, Please rush WINTAC at the special upgrade price. I understand that my current WINTAC data will convert to this new release. I also understand that I will receive a new User's Manual and an additional year of free telephone/fax support.

MA residents add 5% sales tax

TOTAL AMOUNT $ 429.45 418.95

Company Name: A-Cook

Contact: Donald MacDonald

Street: 268 Rangeway Rd

City: N. Billerica State: MA Zip: 01862

Phone: 978 667 1144 Fax: 978 663 0061

PAYMENT METHOD

___ Check/money order ___ Mastercard ___ Visa X Amex

Name on card: Donald MacDonald

Signature: Donald MacDonald

Card #: 3782 687428 53007

Expiration Date: 11/01

Based on my experience, I rate WINTAC (circle one)

POOR   FAIR   (GOOD)   VERY GOOD   EXCELLENT

6/4

# WINTAC™

## Network Edition

## Order/Registration form

(Special pricing for registered owners of WINTAC single-user edition only)

Note: minus credit for $199

___ Please rush the complete WINTAC multi-user network edition for only $1,498 (regular new sale price: $2,495) plus $35* Delivery. 199 / 1300

MA residents add 5% sales tax. *WINTAC is shipped Airborne Express Next Business Day Delivery to most areas of the USA. Delivery to remote areas or areas outside the continental USA may take longer.

PLEASE READ CAREFULLY:

I understand that, as a registered owner of WINTAC:

- I am licensed to install and use WINTAC on each office computer operated by the company named below at one and only one physical location.
- I am entitled to free telephone and faxback support directly from Intac International, Inc. I understand that a minimum purchase of one WINTAC upgrade per year is required to continue receiving this free support.

I also understand that, as the WINTAC Setup disk(s) are not copy-protected and I am able and licensed to install them on multiple computers as outlined above, there is no trial period and no returns of the product are accepted.

Authorized signature Donald MacDonald Date 5/27/99

Company Name A-Corp

Contact Donald MacDonald

Street 268 Rangeway Rd

(No PO Box numbers please)

City No. Billerica State Mass Zip 01862

Phone 978-667-1144 Fax 978 663-0061

TOTAL $ 1300.- PAYMENT METHOD:

✓ Check/Money Order (payable to *Intac International*) ___Mastercard ___Visa ___AMEX

Cardholder name ______

Signature ______

Card # ______ Exp.Date ______

**Mail to:**
Intac International, Inc.
P.O. Box 446
Burlington, MA 01803-0746

**or FAX charges to:**
1-781-272-7030

*** DELIVERY IS FREE ON ORDERS PAID BY CHECK OR MONEY ORDER. SAVE $35! ***

SEWER-MAN
SEWER-MAN INC.
P.O. BOX 290
NO. BILLERICA, MA 01862

53-274/113

7071

| EXPLANATION | AMOUNT |
| --- | --- |
| Network Flash Software upgrade | |

PAY AMOUNT OF Thirteen Hundred XX/100 DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | CHECK NUMBER |
| --- | --- | --- |
| 5/27/99 | Intac International | 7071 |

$ 1300.—

ENTERPRISE BANK AND TRUST COMPANY

⑈007071⑈ ⑆011302742⑆ 106 593⑈

#S5?.?? A? · ?? ...

## TAC™ 2001. Your future has arrived. New features†:

and enhanced for optimal performance with *Windows 2000®* in addition to Windows 95/98/NT.

earning and easier operation with instant *QuickTips* mouse-over help for each and every field on the screen. Also, completely updated and enhanced "*How Do I*" Help system and Users Manual.

ed Dispatch Board. New features include automatic date/time entry with ←→ date navigation and a user-modifiable display to change the dispatch board layout.

ter Writer and the WIP Work Description now link to spell-checking in *MS Word 97 & 2000*. In , the Letter Writer now includes several pre-written form-letters for customer correspondence.

ed data protection feature to avoid accidental deletion of customer records with any accumulated l or work history information. Also, enhanced Housekeeping protects against potential data problems.

ed equipment service history tracking; Click a button to view installed equipment at a specific job n click on any piece of equipment to see the complete service history! New Service History reports.

can now automatically generate a Packing Slip* for any invoice you create.

Writer's user-modifiable "No." (job #) field has been increased in length from 5 digits to 6 digits.

fields now have a pop-up calendar button. Just point and click to enter or change a date!

ne field in Items & Amounts has been increased to allow you to enter more than three times as much service parts information

ed Statements*. Printed statements show how much interest was previously paid. You can also set a n finance charge. Statements can now also show either the invoice's Summary, Job Name or PO#.

ed Task Groups. New fast Task Group lookup and search. Also, new Group field to categorize tasks

ed Flat Rate Books can now include sales tax. Also, new support for QSP from Profit Strategies Inc.

Writer's Items & Amounts window now has automatic duplicate item detection to warn you when the same item more than once.

ry data protection. The Inventory window now has a pop-up warning when a user attempts to modify ing Item Code. This is great to prevent accidental changes to an inventory item's lookup code.

Data Link to Download/Upload/Merge customer data to and from mobile computers used in the field. ur employees can use WINTAC in the field and then upload their data back to the office computer!

Backup & Restore options to automatically backup/restore your WINTAC data with a single mouse zip drives and network drives. Backing up your valuable data couldn't be easier!

er and inventory data can now export to Excel spreadsheets & ASCII text files for outside reporting.

ne mouse click to convert a job site into a new billable customer - and automatically copy all of the s equipment and work history data from the original customer record to the new one!

ed Interface now displays the first few lines of the customer's NoteBook on their main screen.

*ving are enhancements available only in WINTAC PRO:*

le a Balance Sheet using the new asset, liability, and equity accounts. Plot Pie, Bar & Line Graphs.

redesigned A/P Viewer for point & click A/P check writing. Paying bills couldn't be faster or easier!

ual Checkwriter now prints payee name and address on checks in a larger, easier-to-read font.

tion in Payroll Manager to base a user-defined deduction on an employee's total hours for the week. ital for calculating and tracking union dues and union savings deductions.

ssions calculator automatically generates employee commissions based on percent of job sales voices and work orders in the Customer/Job Manager.

*res added since WINTAC 2.1. Previous users will see even more enhancements. *Not available in WINTAC Lite.*

---

## WINTAC™ 2001

### Upgrade Order Form

** Special pricing for registered WINTAC owners only **

INCLUDES ONE YEAR OF FREE SUPPORT SERVICES!

$199 Single-user owners $399 Network edition owners

$499 Wintac Standard owners upgrading to Wintac Pro 2001

2 easy ways to order: 499.

* Complete and mail back this panel with check or money order for the total plus delivery (select ship option below) to: Intac International, PO Box 446, Burlington, MA 01803

* Complete and fax back this panel to 1-781-272-7030 with card information (American Express, Mastercard or Visa).

Select shipping option (required):

X $10 U.S. Priority __ $25 Airborne Express Next Day

YES, Please rush WINTAC at the special upgrade price. I understand that my current WINTAC data will convert to this new release and I will receive a new User's Manual and another year of free support services. I also understand there is no trial period with the software and no returns are accepted.

MA residents add 5% sales tax. Tax 24.95

TOTAL AMOUNT $ 509 533.95

Company Name A-Corp

Contact Donald MacDonald

Street 268 Rangeway Road

(No PO Box numbers for Airborne Express delivery)

City N. Billerica State Ma Zip 01862

Phone 978 667 1149 Fax 978 663 0061

PAYMENT METHOD:

__ Check/money order __ Mastercard __ Visa ✓ Amex

Cardholder Donald MacDonald Rooter-man

Signature Donald MacDonald

Card # 3782-687478-53007

Expiration Date 11/01

Based on my experience, I rate WINTAC (circle one):

POOR FAIR GOOD VERY GOOD (EXCELLENT)

941
2/60
01860

#653.95 AC: 02090 - NN 1116

# WINTAC™ Pro 2002

## All the enhancements you asked for and more!*

✓ Wintac Pro now supports 800 x 600 video mode for clearer, easier-to-read full-size screens. This is a must for 17" or larger monitors

✓ #1 Request! You can now attach your own Photos or Graphics to customers, job sites, inventory, vendors, contacts and employees! For example, you could attach before and after photos of a remodeling job to a customer's job site and view them with a single mouse click. Or add pictures of fixtures to inventory. The possibilities are endless!

✓ Automatic Billing. You can now set up individualized automatic billing schedules for all your maintenance customers.

✓ New layout for Flat Rate Books. Wintac Pro now prepares ultra-professional flat rate books for customer viewing. You can even customize the books with your own titles, sub-titles, and price column headings.

✓ Enhanced Alphanumeric Paging. You can now select which fields of job information gets sent when you dispatch pages to your technicians.

✓ Hand-held PDA support. Wintac Pro's link to MS Outlook now includes the ability to send work order data to hand-held computers and email-capable cell phones! Wintac Pro can also send data via RASTRAC (purchased separately from Manning NavComp).

✓ New user Security feature. You can now turn on detection to warn if a customer name has been changed - This eliminates the potential problem of new users accidentally typing over existing data when entering a new customer.

✓ New Street Search for Customers, Job Sites, Vendors and Contacts allows you to search and sort by the street name without the street number. For example, you can now locate and browse all customers located on "Main Street".

✓ Faster screen maneuvering. Wintac now remembers the last sort order and customer you were at even if you exit the program. Wintac also remembers the last WIP you visited for a customer. So, for example, if you need to leave a proposal you are working on to check the dispatch board, you can now return to the proposal in just 2 mouse clicks. Also, you can now customize the Browse screens for customers, job sites, contacts and vendors. Easily and permanently arrange the order of columns, change the column widths and change the row heights.

✓ Enhanced Dispatch Board. New TechView shows a color-coded calendar of each tech's schedule for the selected day - Accurately dispatching calls is faster and easier than ever! There is also a new Routing feature that generates job schedules sorted in best route order. New time-saver: Just right-mouse click on Job Date to automatically reschedule a job to the next day!

✓ Enhanced WIP Writer. Any WIP can now be assigned its own custom title on the fly. For example, you might use the title "Quote" on one proposal and "Estimate" on another. Each WIP also now has its own NoteBook window to enter job notes that do not print on the WIP. There is also a new Division field for each WIP that you can use to limit reports by division, department or profit center. In addition, you can now have Wintac automatically check to see if the job number you enter has already been used by another customer.

✓ Enhanced Time Tracking. Now you can enter a tech's start & end time for any job and have Wintac Pro automatically calculate the exact labor hours. Also, there is a new Time Sheet report that shows a detailed breakdown of hours for each technician.

✓ Enhanced Payroll. Wintac Pro now prints W-2 forms! Also, the Payroll Manager now integrates more fully with the Job Manager to automatically populate the Tech lookup list and assign email addresses for sending job data and dispatching calls via email.

✓ Enhanced Inventory Control. On-hand inventory locations have been doubled to support up to 60 trucks. Also, inventory now integrates with the A/P & Checking Manager to automatically populate the Vendor lookup list. You can also now specify whether or not Work orders should deplete inventory. You can even select to track inventory valuation using Average Cost method.

✓ New option for Statements to use an alternate finance charge calculation that first subtracts out past interest paid.

✓ Enhanced Reporting. New Budget Analysis Report compares a job's budgeted allocation for material, labor and other costs to the actual incurred costs. Balance Sheet reports can now be backdated. Profit & Loss (Income Statement) reports can now be departmentalized. The P&L reports also let you designate Cost of Goods Sold as either a reduction of revenue or as an expense. Job Schedule reports now support all the sort options on the dispatch board. And now, you can even export reports from Wintac Pro to MS Word and other programs!

*This list includes only those features added since Wintac 2001 Rel.4. Owners of older versions will see even more enhancements.

# WINTAC™ Pro 2002

## Upgrade Order Form

**Only $599 plus s&h**

Includes a full year of free support services: Phone, Email, Fax and our all-new Toll-Free CallBack Center!

• Special upgrade pricing subject to change without notice.

*Do you own a single-user version of Wintac and wish more than o[ne] computer in your office could be working in the Customer & Job Manager at the same time? No problem! Just upgrade to Wintac P[ro] multi-user network edition. You'll get all the new features of Wint[ac] Pro 2002 plus networking capabilities for an unlimited number o[f] users! Call 1-800-591-1599 ext.3 today for special upgrade pric[ing]*

Add $25 s&h. Wintac Pro is shipped Airborne Express Next Day [to] most areas of the continental U.S. Delivery to remote areas or outside the continental U.S. may take longer. Allow 1-3 [days] processing before shipping. Massachusetts residents add 5% [sales] tax. All prices are in U.S. dollars.

**2 easy ways to order:**

* Complete and mail back this panel with check/MO for $599 + $[25] to: Intac International Inc., PO Box 446, Burlington, MA 01803
* Complete and fax back this panel to 1-781-272-7030 with cred[it] card information (American Express, Mastercard or Visa).

YES, Please rush Wintac Pro 2002. I understand that current Wintac data will convert to this new release and receive a new User's Manual and a full year of free enha[nced] support services. I also understand there is no trial period [for] the software and no returns are accepted.

Company Name A Corp

Contact Gene ___

Street 268 Ridgeway Rd (no PO for number)

City N. Billerica State MA Zip 0186[2]

Phone 978 667 1144 Fax 978 663 -006

TOTAL AMOUNT $ 624 PAYMENT METHOD: x 29.[95]

__Check/money order __Amex __Mastercard X

Card# 4246 3112 2250 3739 Expires 05/

Cardholder Seweemaster Inc

Signature [signature]

Based on my experience, I rate Wintac (circle one)

POOR FAIR GOOD VERY GOOD EXCELLE[NT]



CORP
exclusive franchise systems

September 30, 2003

Daniel J. Restivo
WINTAC
PO Box 446
Burlington, MA 01803

Thank you for your kind letter and offer to upgrade of Sept 9, 2003. Please extend this offer until we can discuss marketing possibilities between our companies. I look forward to discussing your offer.

I also have enclosed our Rooter-Man Marketing Program Manual. I will be calling you shortly to discuss it and answer any questions you may have.

Respectfully Yours,

Donald MacDonald

268 Rangeway Road / N. Billerica, MA 01862