UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 2003-CV-

INTAC INTERNATIONAL, INC.,
    Plaintiff

v.

ACORP D/B/A ROOTERMAN,
DONALD MACDONALD,
    Defendants.

---

### AFFIDAVIT OF RITA M. BLANCHARD

---

1. My name is Rita M. Blanchard. I am a technical support analyst at INTAC INTERNATIONAL, INC. (hereinafter "INTAC") the Plaintiff in the above captioned matter.

2. On April 21, 1999, Donald MacDonald called the INTAC technical support line and spoke with me. I explained how to link WINTAC with alphanumeric paging software.

3. On May 6, 1999, Donald MacDonald called the INTAC technical support line and spoke with me. I explained the size requirements for importing a company logo to print on WINTAC forms.

4. On May 12, 1999, Donald MacDonald called the INTAC technical support line and spoke with me. I explained how to size the bitmap image for importing a logo into WINTAC.

5. On June 8, 1999, Donald MacDonald called the INTAC technical support line and spoke with me. I explained the billing options on the main customer screen in WINTAC.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2ND DAY OF April, 2004.

_____
Rita M. Blanchard