UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -8  P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| INTAC INTERNATIONAL, INC.,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>A CORP d/b/a ROOTERMAN and<br>DONALD MACDONALD,<br>　　　　　　　　　　Defendants | CIVIL ACTION NO.<br>04-10040 REK |

### AFFIDAVIT OF EUGENE DUNDEY

Pursuant to Fed. R. Civ. P. 56 (c), the undersigned, Eugene Dundey, under oath and personal knowledge, states that:

1. I am a full time consultant of A Corp d/b/a Rooterman ("A Corp").

2. I am thoroughly familiar with A Corp's day to day operation and the Wintac licensing agreements.

3. Since 1998, on behalf of A Corp, I have been responsible to contact Plaintiff's sales representatives regarding purchase of Plaintiff's Wintac software.

4. Since 1998, on behalf of A Corp, I have been responsible to directly communicate with Plaintiff's technical support analysts, as to problems occurred during Wintac software operation.

5. I have read the Statement of Undisputed Facts and hereby assure and verify the truth and accuracy of such Statement and the facts stated therein to the best of my knowledge.

1

Signed under pains and penalties of perjury.

Date: June 7, 2004.                                              _____
                                                                          Eugene Dundey

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by hand/mail upon the attorney of record for Plaintiff on the date set forth below.

Date: June 7, 2004                                               _____
                                                                          William H. McCarter, Jr.

2