UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 P 3: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

6-09-04

HCB

| | |
|---|---|
| INTAC INTERNATIONAL, INC., | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| A CORP d/b/a ROOTERMAN and | ) |
| DONALD MACDONALD, | ) |
| Defendants | ) |
| | ) |

CIVIL ACTION NO.
04-10040 REK

## AFFIDAVIT OF DONALD F. MACDONALD

Pursuant to Fed. R. Civ. P. 56 (c), the undersigned, Donald F. MacDonald, the

president and CEO of A Corp d/b/a Rooterman, under oath and personal knowledge, states

that: as the president and CEO of A Corp, I have devoted myself to company's

management business development rather than its day to day operation. In such capacity, I

am thoroughly familiar with the Wintac licensing agreements I signed on behalf of A Corp.

Additionally, I have read the Statement of Undisputed Facts and hereby assure and verify

the truth and accuracy of such Statement and the facts stated therein to the best of my

knowledge.

Signed under pains and penalties of perjury.

Date: June 7 , 2004.

Donald F. MacDonald

1

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above document was served by mail upon the attorney of record for Plaintiff on the date set forth below.

Date: June 7 , 2004

William H. McCarter, Jr.