UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040-REK

INTAC INTERNATIONAL, INC.       )
                Plaintiff       )
                                )
v.                              )
                                )
A CORP d/b/a ROOTERMAN and      )
DONALD MACDONALD,               )
                Defendants      )
                                )

### ASSENTED TO MOTION FOR CHANGE IN SCHEDULING ORDER

Now come the Defendants, A Corp d/b/a Rooterman and Donald MacDonald, in the above-entitled action who hereby move this Honorable Court to change the Pre-Trial Schedule Order in this matter by providing that the trial shall be scheduled to commence at 9:00 am on March 13, 2006 instead of February 6, 2006. The reason for this change is that Defendant Donald MacDonald has a business convention and trade show at which he has a speaking engagement and that he must attend each year in the last two weeks of February and the first week of March.

Motion Assented To:

| INTAC INTERNATIONAL, INC. | A CORP d/b/a ROOTERMAN and DONALD MACDONALD |
|---|---|
| By its attorney, | By their attorney, |
| *John J. Flanagan* | *William H. McCarter* |
| John J. Flanagan (BBO #649222) | William H. McCarter, Jr. (BBO #327620) |
| Torti Flanagan, P.C. | P.O. Box 1044 |
| 146 Main Street | Winchester, MA 01890 |
| Norfolk, MA 02056 | (781) 729-3892 |
| (508) 541-4100 | |