FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUL 13 P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-CV-10040-REK

INTAC INTERNATIONAL, INC.

    Plaintiff,

v.

ACORP d/b/a ROOTERMAN
DONALD MACDONALD
    Defendant.

## PLAINTIFFS OPPOSITION TO DEFENDANTS ACORP d/b/a ROOTERMAN'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Intac International, Inc.'s Opposition to Defendant Donald MacDonald's Motion for Summary Judgment. In support thereof Plaintiff incorporates by reference the memorandum annexed hereto.

WHEREFORE, Plaintiffs demand that Defendants Motion to Dismiss be denied.

                              INTAC INTERNATIONAL, INC.
                              By its attorneys,

                              Emanuel D. Torti, BBO # 546619
                              John J. Flanagan BBO#649222

TORTI FLANAGAN, P.C.
146 Main Street
Norfolk, MA 02056
(508) 541-4100

Dated: July 9, 2004

## CERTIFICATION

The undersigned hereby certifies that a copy of the within Opposition to Motion for Summary Judgment was sent via US Express mail to William H. McCarter, Jr. Esq. ACORP Legal Department PO Box 1044 Winchester, MA 01890 on July 12 2004.

_____

2