UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040-REK

| | |
|---|---|
| INTAC INTERNATIONAL, INC. ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| A CORP d/b/a ROOTERMAN and ) | |
| DONALD MACDONALD, ) | |
| Defendants ) | |

## ASSENTED TO MOTION FOR TO PERMIT LATE FILING OF ANSWER OF DEFENDANT DONALD MACDONALD

Now comes the Defendant Donald MacDonald in the above-entitled action who hereby moves this Honorable Court to permit the late filing of Defendant Donald MacDonald's Answer to Plaintiff's Complaint herein, for the reasons outlined in the supporting Affidavit of Attorney William H. McCarter, Jr.

August 20, 2004

Motion Assented To:

| INTAC INTERNATIONAL, INC. | DONALD MACDONALD |
|---|---|
| By its attorney, | By his attorney, |
| John J. Flanagan | William H. McCarter, Jr. |
| BBO #: 649222 | BBO #: 327620 |
| Torti Flanagan, P.C. | P.O. Box 1044 |
| 146 Main Street | Winchester, MA 01890 |
| Norfolk, MA 02056 | (781) 729-3892 |
| (508) 541-4100 | |

## CERTIFICATE OF SERVICE

I certify that a true copy of the above document was served by mail upon the attorney of record for Plaintiff on the date set forth below.

Date:   August 20, 2004

_____
William H. McCarter, Jr.