UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040-REK

INTAC INTERNATIONAL, INC. )
        Plaintiff )
  )
v. )
  )
A CORP d/b/a ROOTERMAN and )
DONALD MACDONALD, )
        Defendants )
  )

## JOINT MOTION FOR CONTINUANCE OF SUMMARY JUDGMENT MOTION PENDING MEDIATION

The parties hereto jointly move to continue the hearing on Defendants' summary judgment motion pending mediation of this action which the parties wish to initiate through this Court. Consequently the hearing on the summary judgment motion scheduled for Wednesday, September 15, 2004 at Noon should be taken off the list.

INTAC INTERNATIONAL, INC.

By its attorney,

*/s/ John J. Flanagan*

John J. Flanagan
BBO #: 649222
Torti Flanagan, P.C.
146 Main Street
Norfolk, MA 02056
(508) 541-4100

A CORP d/b/a ROOTERMAN
DONALD MACDONALD

By their attorney,

*/s/ William H. McCarter, Jr.*

William H. McCarter, Jr.
BBO #: 327620
P.O. Box 1044
Winchester, MA 01890
(781) 729-3892

# WILLIAM H. McCARTER, JR.
## Attorney at Law

P.O. Box 1044
Winchester, Massachusetts 01890

(781) 729-3892

September 10, 2004

Office of Civil Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    RE: Intac International, Inc. v. A Corp d/b/a/ Rooterman and Donald MacDonald
        Civil Action No. 04-10040-REK

Dear Sir/Madam:

    Enclosed for filing please find the following document:

        Joint Motion for Continuance of Summary Judgment Motion Pending Mediation.

    Please note that the hearing on the summary judgment motion should be taken off the list for September 15, 2004 if this motion is approved.

    Please submit this filing to Judge Keeton's clerk.

    Thank you for your assistance.

                                    Very truly yours,

                                    William H. McCarter, Jr.

cc: John Flanagan, Esquire
    Donald MacDonald