UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040-REK

| | |
|---|---|
| INTAC INTERNATIONAL, INC.<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| A CORP d/b/a ROOTERMAN and<br>DONALD MACDONALD,<br>Defendants | )<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES

The parties hereto jointly move to extend the discovery deadlines set forth in the Proposed Pre-Trial Schedule contained in Part II of the Joint Statement of the Parties in Response to Local Rule 16.1(D) dated June 3, 2004 and filed in connection with the Scheduling Conference on June 10, 2004.

The parties are presently engaged in settlement negotiations prior to mediation and will reestablish appropriate discovery deadlines if it appears that the case cannot be resolved through such efforts.

Dated: October 29, 2004

| INTAC INTERNATIONAL, INC. | A CORP d/b/a ROOTERMAN<br>DONALD MACDONALD |
|---|---|
| By its attorney, | By their attorney, |
| John J. Flanagan<br>BBO #: 649222<br>Torti Flanagan, P.C.<br>146 Main Street<br>Norfolk, MA 02056<br>(508) 520-0803 | William H. McCarter, Jr.<br>BBO #: 327620<br>P.O. Box 1044<br>Winchester, MA 01890<br>(781) 729-3892 |