UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
INTAC INTERNATIONAL, INC.,          )
     Plaintiff                      )
                                    ) CIVIL ACTION
     v.                             )  NO. 04-10040-REK
                                    )
A CORP d/b/a/ ROOTERMAN and         )
DONALD MACDONALD,                   )
     Defendants                     )
_____)
```

**Procedural Order**
March 8, 2005

Now pending is Defendant A CORP and Defendant MacDonald's Motion for Summary Judgment. (Docket No. 19, filed June 8, 2004)  Because the parties are currently in the process of settlement negotiations before mediation, this motion is not ripe for review.  Therefore, the defendants' motion for summary judgment is DISMISSED WITHOUT PREJUDICE to refiling if the parties do not resolve their case.

Also pending before the court is a joint motion for extension of discovery deadlines. (Docket No. 35, filed October 29, 2004) This motion is ALLOWED.

    /s/Robert E. Keeton
    Robert E. Keeton
    Senior United States District Judge