UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-10040-REK

INTAC INTERNATIONAL, INC. )
          Plaintiff )
 )
v. )
 )
A CORP d/b/a ROOTERMAN and )
DONALD MACDONALD, )
          Defendants )

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice.

Dated: March 15, 2005

INTAC INTERNATIONAL, INC.

By its attorney,

_____
Emanuel D. Torti
BBO # 546619
John J. Flanagan
BBO # 649222
TORTI FLANAGAN, P.C.
146 Main Street
Norfolk, MA 02056
(508) 520-0800

A CORP d/b/a ROOTERMAN
DONALD MACDONALD
By their attorney,

_____
William H. McCarter, Jr.
BBO #: 327620
P.O. Box 1044
Winchester, MA 01890
(781) 729-3892